# DEVITT SPELLMAN BARRETT, LLP
ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

WILLIAM J. BARRETT
KEVIN M. SPELLMAN
JELTJE de JONG
JOHN M. DENBY
FRANCIS J. TIERNEY
DAVID S. PALLAI
DAVID H. ARNTSEN
KENNETH M. SEIDELL
NICHOLAS M. BRINO
STEPHAN D. TRACE
KELLY E. WRIGHT

JOHN M. SHIELDS
ANNE C. LEAHEY

CHARLES W. BORGHARDT
JOSHUA S. SHTEIERMAN
DANIEL L. ADAMS
BRIAN J. McCALL
JESSE D. RUTTER

Of Counsel
THOMAS J. SPELLMAN, JR.
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
EILEEN M. O'NEILL
ROGER E. SIEGEL
EMMANUEL KOSSARIS
GEORGE FREITAG

Retired
JOSEPH P. DEVITT

December 1, 2014

Clerk of the Court
United States Court of Appeals for the Second Circuit    **VIA ECF**
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   545 Halsey Lane Properties, LLC. v. Town of Southampton, et al.
      Docket No. 14-3594

Dear Clerk of the Court:

Please be advised that we are the attorneys for the Appellants in the above matter. We write to confirm our understanding that pursuant to Local Rule 31.2(a)(3), our time to perfect our appeal is tolled until the motion to dismiss filed by the Appellee is determined. Please advise if we are mistaken in our reading of the aforementioned rule.

Thank you for your courtesies.

Very truly yours,

DEVITT SPELLMAN BARRETT, LLP

David H. Arntsen, Esq.

DHA/eo'r
cc (via ECF):
Neufeld & O'Leary

---

90 STATE STREET, SUITE 700, ALBANY, NEW YORK 12207
(866) 851-1123